MORRIS COUNTY FAIR HOUSING COUNCIL AND PUBLIC ADVOCATE OF NEW JERSEY v. DEPARTMENT OF ENVIRONMENTAL PROTECTION.

July 11, 1985.

Petition for certification denied.

DIANE METZ v. INSURANCE COMPANY OF NORTH AMERICA.

July 11, 1985.

Petition for certification denied.

JOSEPH P. MARINO v. THE MAYOR AND COUNCIL OF THE TOWNSHIP OF EDISON, MIDDLESEX COUNTY.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MIROSLAW M. RZEPKA.

July 11, 1985.

Petition for certification denied.